UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. L.,<br><br>Plaintiff<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant | Case No.: 2:26-cv-05938-DOC-DTB<br><br>ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, **IT IS ORDERED** that fees in the amount of $8,700.00, and costs in the amount of $405 as authorized by 28 U.S.C.§§ 2412, 1920 be awarded subject to the terms of the Stipulation.

IT IS ORDERED.

DATE: November 9, 2026

HON. JUDGE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE